

Entered on Docket
August 09, 2010

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank, N.A.
10-72232

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Steve E. Lee

Debtor.

BK-S-10-18735-mkn

MS Motion No. 12
Date: 7/7/10
Time: 1:30

Chapter 7

### STIPULATION FOR ORDER VACATING AUTOMATIC STAY

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, that all stays and injunctions, including the automatic stays under U.S. Bankruptcy Code Section 362(a), are hereby vacated effective immediately with respect to Secured Creditor's promissory note dated October 9, 2006 in the principal sum of $189,000.00 ("Promissory Note" herein), secured by a Real Property Trust Deed of same date ("Trust Deed" herein) upon property generally described as 3312 Mary Ann Avenue, Las Vegas, NV 89101, and legally described as follows:

Lot 4, Block 4 of College Park No 25, Map Book 13 of Plats, Page 25, Clark County, Nevada

Debtor herein, Steven E. Lee is the Trustor on Secured Creditor's Deed of Trust.

FURTHER STIPULATED that the debtors have no desire to maintain or keep the property and have decided to surrender their interest in the property legally described herein.

IT IS FURTHER STIPULATED that Movant is now permitted, in its discretion to commence or conduct a Trustee's Sale, commence judicial foreclosure, or take whatever other actions necessary to protect their interest in the above legally described property.

IT IS FURTHER STIPULATED that an Order Lifting Stay will remain in full force and effect in any bankruptcy chapter to which the Debtors may convert.

IT IS FURTHER STIPULATED that any hearing scheduled in the matter are vacated.

DATED this 8TH day of July, 2010.

Submitted by:

WILDE & ASSOCIATES

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Gerry G. Zobrist, LTD.

By_____
Gerry G. Zobrist, Esq.
Attorney for Debtors
6900 Westcliff Drive Ste. 801
Las Vegas, NV 89145

Nevada Bar No.7223

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_X\_ approved the form of this order      \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order      \_\_\_\_ disapproved the form of this order
\_X\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order      \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order      \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor